SMIETANKA v. CHICAGO, L. S. & E. RY. CO. (Circuit Court of Appeals, Seventh Circuit. December 16, 1921.) No. 2843. In Error to the District Court of the United States for the Eastern Division of the Northern District of Illinois. Action by the Chicago, Lake Shore & Eastern Railway Company against Julius F. Smietanka, as Collector of Internal Revenue for the First District of Illinois. Judgment for the plaintiff, and defendant brings error. Reversed, with direction to dismiss the case. James R. Glass, of Chcago, Ill., for plaintiff in error. William Beye, of Chicago, Ill., for defendant in error. Before BAKER, ALSCHULER, and EVANS, Circuit Judges.

PER CURIAM. This is a companion case to Smietanka v. Indiana Steel Co., 277 Fed. 1021, herewith decided, and for the reasons therein stated the

judgment in this case is reversed, with the direction to the District Court to dismiss the case as against the plaintiff in error.